# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| ESTATE OF MARQUIS ALLEN HACKET, LEXXUS HACKET, SAVANNAH HACKET, and MARQUIS HACKET, JR., <br><br> Plaintiffs, <br><br> v. <br><br> KIA CORPORATION, KIA AMERICA, INC., HYUNDAI KIA AMERICA TECHNICAL CENTER, INC., and FICTITIOUS DEFENDANTS A-C, <br><br> Defendants. | Case No: 2:25-cv-00304-PP |

## DEFENDANT KIA CORPORATION'S
## MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER
## FED. R. CIV. P. 12(b)(2)

Defendant Kia Corporation ("KC"), by its attorneys, O'Hagan Meyer LLC, respectfully moves this Court to enter an order dismissing Plaintiffs' Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2). In support thereof, KC states as follows:

1. KC has insufficient contacts with the State of Wisconsin to justify the exercise of personal jurisdiction over KC under either the Wisconsin long-arm statute or the Due Process Clause of the United States Constitution.

2. Accordingly, Plaintiffs' Complaint should be dismissed with prejudice as to KC.

WHEREFORE, for the reasons herein and as more fully described in KC's simultaneously filed Memorandum of Law in Support of its Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(2) and the Declaration of Byong Jun Jeon, and the Declaration of Denean K. Sturino, KC respectfully requests that this Court grant its Motion and dismiss Plaintiffs' Complaint with prejudice, and any other relief the Court deems just and proper.

DATED: April 23, 2025  Respectfully submitted,

KIA CORPORATION


By: */s/ Denean K. Sturino*
One of its Attorneys

O'HAGAN MEYER LLC
Denean K. Sturino (SBN 1029532)
Amanda J. Walsh (SBN 1096543)
One East Wacker Drive, Suite 3400
Chicago, IL 60601
Telephone: (312) 422-6100
Facsimile: (312) 422-6110
dsturino@ohaganmeyer.com
awalsh@ohaganmeyer.com

O'MELVENY & MYERS LLP
Sabrina Strong, Esq. (*pro hac vice forthcoming*)
Jonathan Schneller, Esq. (*pro hac vice forthcoming*)
400 South Hope Street, Suite 1900
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
sstrong@omm.com
jschneller@omm.com

*Attorneys for Defendant*
Kia Corporation