UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ESTATE OF MARQUIS ALLEN HACKET, LEXXUS HACKET, SAVANNAH HACKET, and MARQUIS HACKET, JR., <br><br> Plaintiffs, <br><br> v. <br><br> KIA CORPORATION, KIA AMERICA, INC., HYUNDAI KIA AMERICA TECHNICAL CENTER, INC., and FICTITIOUS DEFENDANTS A-C, <br><br> Defendants. | Case No: 2:25-cv-00304 |

## DECLARATION OF DENEAN K. STURINO

Ms. Denean K. Sturino, being first duly sworn upon her oath, states and affirms as follows:

1. I am over eighteen years of age and competent to make this affidavit.

2. I am a Partner at O'Hagan Meyer LLC and a representative on behalf of Kia Corporation.

3. On April 17, 2025, the Eighth Judicial District Court in Clark County, Nevada, entered an Order in the matter of *Mario Dominguez-Maldonado v. Kia America, Inc., et al.*, Case Number A-24-900892-C (attached hereto as *Exhibit A*).

4. I affirm, under penalty of perjury, that the Order attached as Exhibit A is a true and accurate copy of said Order that was entered into that Court's docket.

Affiant further sayeth naught.

Date: *April 22, 2025*

_____
Denean K. Sturino, Esq.
O'Hagan Meyer LLC

1