**ORDR**
Sabrina H. Strong (*pro hac vice*)
sstrong@omm.com
Jonathan P. Schneller (*pro hac vice*)
jschneller@omm.com
O'MELVENY & MYERS LLP
400 S. Hope St., Suite 1900
Los Angeles, California 90071
Telephone: (213) 430 6000
Facsimile: (213) 430-6407

D. Lee Roberts, Jr.
Nevada Bar No. 8877
lroberts@wwhgd.com
WEINBERG, WHEELER, HUDGINS
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendant*
*Kia Corporation*

# EIGHTH JUDICIAL DISTRICT COURT
# CLARK COUNTY, NEVADA

| | |
|---|---|
| MARIO DOMINGUEZ-MALDONADO, Individually, as Natural Heir to the Estate of EDWIN J. DOMINGUEZ-MARTINEZ, and as Special Administrator of the Estate of EDWIN J. DOMINGUEZ-MARTINEZ, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>KIA AMERICA, INC., a Foreign Corporation; KIA CORPORATION, a Foreign Corporation; MARQUEIS AKINS, an Individual; DOE EMPLOYEES I through X; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No.: A-24-900892-C<br>Dept. No.: 03<br><br>**ORDER GRANTING DEFENDANT KIA CORPORATION'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Hearing Date: April 1, 2025<br>Hearing Time: 10:00 a.m. |

EXHIBIT A

PLEASE TAKE NOTICE that a hearing on Defendant Kia Corporation's ("KC") Motion to Dismiss Plaintiff's Complaint was held on the 1st day of April, 2025. The Court, having reviewed the relevant pleadings and papers on file, and after oral argument held at the hearing, and good cause appearing, hereby finds:

KC is not subject to general personal jurisdiction in this Court because KC neither is incorporated in nor has its principal place of business in Nevada.

KC is not subject to specific personal jurisdiction in this Court. Plaintiff has not shown that KC purposefully availed itself of the benefits of Nevada as a forum. The uncontroverted record before the Court indicates that KC conducts no business in Nevada, does not market or advertise in Nevada, and does not operate any sales or service network for any product in Nevada. (Jeon Decl. ¶¶ 2, 15-17.) KC designs vehicles in Korea, sells those vehicles to its subsidiary Kia America, Inc. ("KA") in Korea, and exercises no control over KA's distribution of Kia-branded vehicles in the United States. (*Id.* ¶¶ 12-14.)

Plaintiff also has made no showing that KC exercised sufficient control over KA to allow the Court to impute KA's forum contacts to KC under an agency theory. Corporate entities are presumed separate, and a foreign corporation's ownership of a subsidiary distributor is not enough to impute the subsidiary's contacts to the parent and exercise specific jurisdiction. *See Viega GmbH v. Eighth Jud. Dist. Ct.*, 130 Nev. 368 (2014); *J. McIntyre Mach., Ltd. v. Nicastro*, 564 U.S. 873 (2011).

Because Plaintiff has not identified any KC contacts with Nevada, he has furthermore not shown that the claims in this action arise from or relate to any KC contacts with Nevada. The Court also finds that exercising personal jurisdiction over KC would pose a substantial burden to KC.

////
////
////
////

1     Therefore, based on the foregoing:

2

3     IT IS ORDERED that Defendant Kia Corporation's Motion to Dismiss
4 Plaintiff's Complaint is GRANTED and Plaintiff's First through Fifth Causes of
5 Action against Kia Corporation are DISMISSED with prejudice.

6

7     DATED this 9th day of April, 2025.    Dated this 17th day of April, 2025

8

9     _____
    DISTRICT COURT JUDGE

10 Respectfully submitted by:

    42D 19E CD8B 5F43
    Monica Trujillo
11 **WEINBERG, WHEELER, HUDGINS,**   District Court Judge
12 **GUNN & DIAL, LLC**

13 */s/ D. Lee Roberts, Jr.*
14 D. Lee Roberts, Jr., Esq.
    Nevada Bar No. 8877
15 6385 South Rainbow Blvd., Suite 400
16 Las Vegas, Nevada 89118
    Jonathan P. Schneller, Esq.
17 *Admitted Pro Hac Vice*
18 O'MELVENY & MYERS LLP
    400 S. Hope St., Suite 1900
19 Los Angeles, California 90071
20 *Attorneys for Defendant Corporation*

21 Approved as to form and content:
22

23 */s/Amanda Harmon*
    KEVIN R. HANSEN, ESQ.
24 Nevada Bar No. 6336
    AMANDA A. HARMON, ESQ.
25 Nevada Bar No. 15930
26 THE LAW OFFICES KEVIN R. HANSEN
    2625 S. Rainbow Blvd., Suite C-106
27 Las Vegas, Nevada 89146
28 *Attorneys for Plaintiff*