UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| ESTATE OF MARQUIS ALLEN HACKET, LEXXUS HACKET, SAVANNAH HACKET, and MARQUIS HACKET, JR., <br><br>Plaintiffs, <br><br>v. <br><br>KIA CORPORATION, KIA AMERICA, INC., HYUNDAI KIA AMERICA TECHNICAL CENTER, INC., and FICTITIOUS DEFENDANTS A-C, <br><br>Defendant. | Case No: 2:25-cv-00304 |

## DECLARATION OF BYONG JUN JEON

Pursuant to 28 U.S.C. § 1746, I, Byong Jun Jeon, hereby declare as follows:

1. I am of competent age and am a duly authorized representative and employee of Kia Corporation ("KC").

2. Based on my years with KC and my position at KC, I have an understanding of the structure and business operations, policies, and procedures governing the daily operations of KC.

3. KC is a foreign corporation established under the laws of the Republic of Korea ("South Korea").

4. KC's principal place of business is located at 12 Heolleung-Ro, Seocho-Gu, Seoul, 06797, in South Korea.

5. KC does not conduct any business in Wisconsin.

6. KC does not have an agent for service of process in Wisconsin.

7. KC does not own, use, lease, or possess any real estate in Wisconsin, nor does it

1

maintain a place of business in Wisconsin.

8. KC is not qualified, licensed, or authorized to do business in Wisconsin.

9. KC does not have a bank account in Wisconsin.

10. KC does not pay taxes in Wisconsin.

11. KC designs and manufactures Kia-branded vehicles in South Korea, some of which it sells to Kia America, Inc. ("KA") in South Korea.

12. KA is a California-based subsidiary of KC. KC and KA are separate and independent legal entities.

13. KA imports vehicles from KC "FOB Origin" from South Korea into the United States.

14. FOB (free on board) Origin is a shipping term that means the buyer accepts the title of the goods at the shipment point and assumes all risk once the seller ships the product. The buyer (here, KA) accepts title in South Korea and is responsible if the goods are damaged or lost while in transit from South Korea.

15. For all Kia-branded vehicles that are designed and manufactured by KC in South Korea and imported into the United States by KA, the vehicles become the inventory of KA at the time of shipment in South Korea.

16. KA distributes (sells) Kia-branded vehicles to independent dealers throughout the United States.

17. KC is in no way involved with or responsible for the distribution (sale) of Kia-branded vehicles in the United States, through KA or otherwise.

18. KC exercises no control over KA's distribution of Kia-branded vehicles in the United States, nor did KC exercise control over KA's distribution of the vehicle that is the

2

Case 2:25-cv-00304-PP   Filed 04/23/25   Page 2 of 4   Document 23-3
2847354 2025-04-22 오전 10:04:30 10.8.49.60 Microsoft Word - Decl. of Byong Jun Jeon ISO Motion to Dismiss for Lack of PJ.docx

subject of this action.

19. KC does not have a plan for the distribution of its products in Wisconsin.

20. KC does not know whether any particular Kia-branded vehicle it designs and manufactures reaches Wisconsin.

21. KC does not expect any particular Kia-branded vehicle it designs and manufactures to reach Wisconsin.

22. KC has no relationship, contractual or otherwise, with independent Kia dealers in Wisconsin. KC does not authorize independent dealers to sell vehicles in Wisconsin.

23. KC does not conduct solicitation or service activities in Wisconsin. KC does not market vehicles in the United States or, in particular, Wisconsin. KC does not engage in any advertising or promotion of vehicles in Wisconsin. KC does not publish any advertisements to consumers in Wisconsin or target specific marketing at Wisconsin residents.

24. KC does not operate any sales, service, or dealer network for any product, including for vehicles produced or distributed by KC or by other related corporate entities, in Wisconsin.

25. KC has no responsibility for the service or repair of Kia-branded vehicles distributed (sold) in the United States, through KA or otherwise.

26. KA is not an agent of KC. KC has not expressly manifested to KA that KA may act on KC's behalf.

27. KC and Hyundai America Technical Center, Inc. ("HATCI") are entirely independent entities. They have no ownership interest in each other, do not direct each other's operations or contract negotiations, are not subject to each other's control, and have no express agency agreement.

3

2847354 2025-04-22 오전 10:04:30 10.8.49.60 Microsoft Word - Decl. of Byong Jun Jeon ISO Motion to Dismiss for Lack of PJ.docx

28. KC does not have the power to alter HATCI's legal relations or the duty to act primarily for HATCI's benefit.

29. This Court's exercise of jurisdiction over KC in this action would pose a substantial burden in that KC would be required to retain Wisconsin attorneys and its employees would be required to travel to Wisconsin from South Korea to defend against this action.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed in Seoul, South Korea on this 22 day of April, 2025.

_____
KIA CORPORATION
Byong Jun Jeon, Senior Counsel

4