

June 18, 2025

V<small>IA</small> E-F<small>ILING</small> S<small>YSTEM</small>

Honorable Pamela Pepper
United States District Court for the
Eastern District of Wisconsin
517 East Wisconsin Ave., Rm. 362
Milwaukee, WI 53202

RE: *Estate of Marquis Allen Hacket, et al. v. Kia Corporation, et al.*, E.D. Wis. Case No. 2:25-CV-00304-PP: Settlement Update

Judge Pepper:

I am pleased to report that the parties have reached a settlement in principle in the above-captioned matter and anticipate submitting a stipulation to dismiss this action with prejudice in the coming weeks once the settlement agreement is executed. In light of the foregoing, we inform the Court that neither Plaintiffs nor Kia Corporation intend to submit further briefing on Kia Corporation's motion to dismiss due to the settlement.

I am authorized to state that I have shared this correspondence with Defendants' counsel, Attorney Denean K. Sturino of O'Hagan Meyer LLC, who has authorized me to file it on behalf of all parties.

Thank you for your attention to this matter.

Sincerely,

**B**<small>ARTON</small> **C**<small>ERJAK</small> **S.C.**

Michael J. Cerjak
Direct: 414-488-1985
*mjc@bartoncerjak.com*

313 North Plankinton Avenue, #207, Milwaukee, WI 53203
www.bartoncerjak.com
Case 2:25-cv-00304-PP    Filed 06/18/25    Page 1 of 1    Document 32